## View Paycheck

Jewell Webb

**Company:** Shaw Industries Group, Inc.
**Address:** P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $559.13
**Pay Begin Date:** 08/16/2009
**Pay End Date:** 08/22/2009
**Check Date:** 08/27/2009

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Jewell D Webb | Business Unit: | 0015 |
| Employee ID: | 0013523018 | Pay Group: | Shaw Nations Weekly Co 71 |
| Address: | 30 Chestnut Ridge Drive | Department: | 00154415 - Precoat |
| | Cartersville, GA  30120 | Location: | Shaw Plant 15 |
| | | Job Title: | Level IV |
| | | Pay Rate: | $17.70    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | GA Marital Status: | Single allowance |
| Fed Allowances: | 9 | GA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | GA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | GA Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 702.95 | 683.96 | 87.06 | 56.76 | 559.13 |
| YTD | 23,483.33 | 22,730.82 | 2,940.73 | 2,036.69 | 18,505.91 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amt |
|---|---|---|---|---|
| Base Pay | 37.10 | 17.700000 | 656.67 | 19,760.28 |
| 2nd Shift | 2.60 | 17.800000 | 46.28 | 1,480.96 |
| Holiday | | | | 566.40 |
| Appreciati | | | | 300.00 |
| Vacation | | | | 1,363.19 |
| 3rd Shift | | | | 12.50 |
| Total: | 39.70 | | 702.95 | 23,483.33 |

### Before-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Med Sel Pl | 11.50 | 391.00 |
| DENTAL | 5.95 | 202.30 |
| ECPA | 1.54 | 52.36 |
| NHCE 401k | | 106.85 |
| Total: | 18.99 | 752.51 |

### After Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Critical | 9.83 | 334.22 |
| OTL EE | 15.18 | 516.12 |
| Disability | 1.87 | 63.58 |
| OPT LTD HR | 10.89 | 370.26 |
| Total: | 37.77 | 1,284.18 |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | | 55.92 |
| Fed MED/EE | 9.92 | 331.15 |
| Fed OASDI/EE | 42.41 | 1,415.94 |
| GA Withholdng | 34.73 | 1,137.72 |
| Total: | 87.06 | 2,940.73 |

### Employer Paid Benefits

| Description | Amount | YTD Amt |
|---|---|---|
| MEDRW | 153.00 | 5,125.00 |
| GROUP LIFE | 0.60 | 20.40 |
| AD&D | 0.17 | 5.78 |
| *Taxable | | |
| Total: | 153.77 | 5,151.18 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 7756993 | Checking | ****2949 | 559.13 |

Go To: Employee Home
Payroll Home

# View Paycheck

Jewell Webb

**Company:** Shaw Industries Group, Inc.
**Address:** P.O. Drawer 2128
518 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $559.31
**Pay Begin Date:** 08/09/2009
**Pay End Date:** 08/15/2009
**Check Date:** 08/20/2009

View a Different Payment

## General

| | | | |
|---|---|---|---|
| Name: | Jewell D Webb | Business Unit: | 0015 |
| Employee ID: | 0013523018 | Pay Group: | Shaw Nations Weekly Co 71 |
| Address: | 30 Chestnut Ridge Drive<br>Cartersville, GA 30120 | Department: | 00154415 - Precoat |
| | | Location: | Shaw Plant 15 |
| | | Job Title: | Level IV |
| | | Pay Rate: | $17.70   Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | GA Marital Status: | Single allowance |
| Fed Allowances: | 9 | GA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | GA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | GA Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 703.15 | 684.16 | 87.08 | 56.76 | 559.31 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 35.10 | 17.700000 | 621.27 |
| 2nd Shift | 4.60 | 17.800000 | 81.88 |
| Total: | 39.70 | | 703.15 |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| Med Sel Pl | 11.50 |
| DENTAL | 5.95 |
| ECPA | 1.54 |
| Total: | 18.99 |

## After Tax Deductions

| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL EE | 15.18 |
| Disability | 1.87 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

## Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 9.92 |
| Fed OASDI/EE | 42.42 |
| GA Withholding | 34.74 |
| Total: | 87.08 |

## Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDRW | 163.00 |
| GROUP LIFE | 0.60 |
| AD&D | 0.17 |
| * Taxable | |
| Total: | 163.77 |

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 7738424 | Checking | ----2949 | 559.31 |

## View Paycheck

Jewell Webb

**Company:**
Shaw Industries Group, Inc.
**Address:**
P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $426.10
**Pay Begin Date:** 08/02/2009
**Pay End Date:** 08/08/2009
**Check Date:** 08/13/2009

View a Different Payment

### General

| | | | |
|---|---|---|---|
| Name: | Jewell D Webb | Business Unit: | 0015 |
| Employee ID: | 0013523019 | Pay Group: | Shaw Nations Weekly Co 71 |
| Address: | 30 Chestnut Ridge Drive | Department: | 00154416 - Precoat |
| | Cartersville, GA 30120 | Location: | Shaw Plant 15 |
| | | Job Title: | Level IV |
| | | Pay Rate: | $17.70  Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | GA Marital Status: | Single allowance |
| Fed Allowances: | 9 | GA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | GA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | GA Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 548.89 | 529.90 | 68.03 | 56.76 | 426.10 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 29.10 | 17.700000 | 515.07 |
| 2nd Shift | 1.90 | 17.800000 | 33.82 |
| Total: | 31.00 | | 548.89 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Med Sel PI | 11.50 |
| DENTAL | 5.95 |
| ECPA | 1.54 |
| Total: | 18.99 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL EE | 15.18 |
| Disability | 1.87 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 7.69 |
| Fed OASDI/EE | 32.85 |
| GA Withholding | 25.49 |
| Total: | 66.03 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDRW | 153.00 |
| GROUP LIFE | 0.60 |
| AD&D | 0.17 |
| * Taxable | |
| Total: | 153.77 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 7720692 | Checking | ****2949 | 426.10 |

## View Paycheck
Jewell Webb

**Company:** Shaw Industries Group, Inc.
**Address:** P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $559.23
**Pay Begin Date:** 07/26/2009
**Pay End Date:** 08/01/2009
**Check Date:** 08/06/2009

View a Different Payment

### General
| | |
|---|---|
| Name: | Jewell D Webb |
| Employee ID: | 0013523018 |
| Address: | 30 Chestnut Ridge Drive, Cartersville, GA 30120 |
| Business Unit: | 0015 |
| Pay Group: | Shaw Nations Weekly Co 71 |
| Department: | 00154415 - Pmcost |
| Location: | Shaw Plant 15 |
| Job Title: | Level IV |
| Pay Rate: | $17.70 Hourly |

### Tax Data
| | |
|---|---|
| Fed Marital Status: | Married |
| Fed Allowances: | 9 |
| Fed Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 |
| GA Marital Status: | Single allowance |
| GA Allowances: | 0 |
| GA Addl Percent: | 0.000 |
| GA Addl Amount: | $0.00 |

### Paycheck Summary
| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 703.05 | 684.06 | 87.06 | 56.76 | 559.23 |

### Earnings
| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 36.10 | 17.700000 | 638.97 |
| 2nd Shift | 3.60 | 17.800000 | 64.08 |
| Total: | 39.70 | | 703.05 |

### Before-Tax Deductions
| Description | Amount |
|---|---|
| Med Sel PI | 11.50 |
| DENTAL | 5.95 |
| FCPA | 1.54 |
| Total: | 18.99 |

### After Tax Deductions
| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL EE | 15.18 |
| Disability | 1.07 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

### Taxes
| Description | Amount |
|---|---|
| Fed MED/EE | 9.91 |
| Fed OASDI/EE | 42.41 |
| GA Withholdng | 34.74 |
| Total: | 87.06 |

### Employer Paid Benefits
| Description | Amount |
|---|---|
| MEDRW | 153.00 |
| GROUP LIFE | 0.60 |
| AD&D | 0.17 |
| *Taxable Total: | 153.77 |

### Net Pay Distribution
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 7703339 | Checking | ****2949 | 559.23 |

## View Paycheck
Jewell Webb

**Company:**
Shaw Industries Group, Inc.

**Address:**
P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $559.19
**Pay Begin Date:** 07/19/2009
**Pay End Date:** 07/25/2009
**Check Date:** 07/30/2009

View a Different Payment

### General
| | |
|---|---|
| Name: | Jewell D Webb |
| Employee ID: | 0013523018 |
| Address: | 30 Chestnut Ridge Drive, Cartersville, GA 30120 |
| Business Unit: | 0015 |
| Pay Group: | Shaw Nations Weekly Co 71 |
| Department: | 00154415 - Precoat |
| Location: | Shaw Plant 15 |
| Job Title: | Level IV |
| Pay Rate: | $17.70 Hourly |

### Tax Data
| | |
|---|---|
| Fed Marital Status: | Married |
| Fed Allowances: | 9 |
| Fed Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 |
| GA Marital Status: | Single allowance |
| GA Allowances: | 0 |
| GA Addl Percent: | 0.000 |
| GA Addl Amount: | $0.00 |

### Paycheck Summary
| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 703.01 | 684.02 | 87.06 | 56.76 | 559.19 |

### Earnings
| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 36.50 | 17.700000 | 646.05 |
| 2nd Shift | 3.20 | 17.800000 | 56.96 |
| Total: | 39.70 | | 703.01 |

### Before-Tax Deductions
| Description | Amount |
|---|---|
| Med Sel Pl | 11.50 |
| DENTAL | 5.95 |
| ECPA | 1.54 |
| Total: | 18.99 |

### After Tax Deductions
| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL EE | 15.18 |
| Disability | 1.87 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

### Taxes
| Description | Amount |
|---|---|
| Fed MED/EE | 9.92 |
| Fed OASDI/EE | 42.41 |
| GA Withholding | 34.73 |
| Total: | 87.06 |

### Employer Paid Benefits
| Description | Amount |
|---|---|
| MEDRW | 153.00 |
| GROUP LIFE | 0.60 |
| ADSD | 0.17 |
| * Taxable | |
| Total: | 153.77 |

### Net Pay Distribution
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 7686405 | Checking | ****2949 | 559.19 |

## View Paycheck
Jewell Webb

**Company:** Shaw Industries Group, Inc.
**Address:** P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $560.65
**Pay Begin Date:** 07/05/2009
**Pay End Date:** 07/11/2009
**Check Date:** 07/16/2009

View a Different Payment

### General
**Name:** Jewell D Webb
**Employee ID:** 0013523018
**Address:** 30 Chestnut Ridge Drive
Cartersville, GA 30120

**Business Unit:** 0015
**Pay Group:** Shaw Nations Weekly Co 71
**Department:** 00154415 - Precoat
**Location:** Shaw Plant 15
**Job Title:** Level IV
**Pay Rate:** $17.70   Hourly

### Tax Data
**Fed Marital Status:** Married
**Fed Allowances:** 9
**Fed Addl Percent:** 0.000
**Fed Addl Amount:** $0.00

**GA Marital Status:** Single allowance
**GA Allowances:** 0
**GA Addl Percent:** 0.000
**GA Addl Amount:** $0.00

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 704.69 | 685.70 | 87.28 | 56.76 | 560.65 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 37.50 | 17.700000 | 663.75 |
| 2nd Shift | 2.30 | 17.800000 | 40.94 |
| Total: | 39.80 | | 704.69 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Mod Sel PI | 11.50 |
| DENTAL | 5.95 |
| ECPA | 1.54 |
| Total: | 18.99 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL, EE | 15.18 |
| Disability | 1.87 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 9.94 |
| Fed OASDI/EE | 42.51 |
| GA Withholding | 34.83 |
| Total: | 87.28 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDRW | 153.00 |
| GROUP LIFE | 0.60 |
| AD&D | 0.17 |
| *Taxable Total: | 153.77 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 7843628 | Checking | ****2949 | 560.65 |

## View Paycheck

Jewell Webb

**Company:** Shaw Industries Group, Inc.
**Address:** P.O. Drawer 2128
616 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $554.49
**Pay Begin Date:** 07/12/2009
**Pay End Date:** 07/18/2009
**Check Date:** 07/23/2009

View a Different Payment

### General

| | |
|---|---|
| Name: Jewell D Webb | Business Unit: 0015 |
| Employee ID: 0013523016 | Pay Group: Shaw Nations Weekly Co 71 |
| Address: 30 Chestnut Ridge Drive, Cartersville, GA 30120 | Department: 00154415 - Precoat |
| | Location: Shaw Plant 15 |
| | Job Title: Level IV |
| | Pay Rate: $17.70 Hourly |

### Tax Data

| | |
|---|---|
| Fed Marital Status: Married | GA Marital Status: Single allowance |
| Fed Allowances: 9 | GA Allowances: 0 |
| Fed Addl Percent: 0.000 | GA Addl Percent: 0.000 |
| Fed Addl Amount: $0.00 | GA Addl Amount: $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 697.58 | 678.59 | 86.33 | 56.76 | 554.49 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 37.40 | 17.700000 | 661.98 |
| 2nd Shift | 2.00 | 17.800000 | 35.60 |
| Total: | 39.40 | | 697.58 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Med Sel PI | 11.50 |
| DENTAL | 5.95 |
| ECPA | 1.54 |
| Total: | 18.99 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL EE | 15.18 |
| Disability | 1.87 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 9.84 |
| Fed OASDI/EE | 42.08 |
| GA Withholding | 34.41 |
| Total: | 86.33 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDRW | 153.00 |
| GROUP LIFE | 0.60 |
| AD&D | 0.17 |
| * Taxable | |
| Total: | 153.77 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | amount |
|---|---|---|---|---|
| Direct Deposit | 7668971 | Checking | ****2949 | 554.49 |

https://shawandme.shawinc.com/psc/portal/EMPLOYEE/HRMS/c/ROLE_EMPL...    8/31/2009

## View Paycheck
Jewell Webb

**Company:** Shaw Industries Group, Inc.
**Address:** P.O. Drawer 2128
516 E. Walnut Avenue
Dalton, GA 30720

**Net Pay:** $516.32
**Pay Begin Date:** 06/28/2009
**Pay End Date:** 07/04/2009
**Check Date:** 07/09/2009

View a Different Payment

### General

| | |
|---|---|
| Name: | Jewell D Webb |
| Employee ID: | 0013523018 |
| Address: | 30 Chestnut Ridge Drive, Cartersville, GA 30120 |
| Business Unit: | 0015 |
| Pay Group: | Shaw Nations Weekly Co 71 |
| Department: | 00154415 - Precoat |
| Location: | Shaw Plant 15 |
| Job Title: | Level IV |
| Pay Rate: | $17.70 Hourly |

### Tax Data

| | |
|---|---|
| Fed Marital Status: | Married |
| Fed Allowances: | 9 |
| Fed Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 |
| GA Marital Status: | Single allowance |
| GA Allowances: | 0 |
| GA Addl Percent: | 0.000 |
| GA Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 653.37 | 634.38 | 80.29 | 56.76 | 516.32 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Base Pay | 26.50 | 17.700000 | 469.05 |
| Holiday | 8.00 | 17.700000 | 141.60 |
| 2nd Shift | 2.40 | 17.800000 | 42.72 |
| Total: | 36.90 | | 653.37 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Med Sel Pl | 11.50 |
| DENTAL | 5.95 |
| ECPA | 1.54 |
| Total: | 18.99 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Critical | 9.83 |
| OTL EE | 15.18 |
| Disability | 1.87 |
| OPT LTD HR | 10.89 |
| Total: | 37.77 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 9.20 |
| Fed OASDI/EE | 39.33 |
| GA Withholding | 31.76 |
| Total: | 80.29 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDRW | 163.00 |
| GROUP LIFE | 0.60 |
| AD&D | 0.17 |
| * Taxable | |
| Total: | 163.77 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 7619028 | Checking | ----2949 | 616.32 |

https://shawandme.shawinc.com/psc/portal/EMPLOYEE/HRMS/c/ROLE_EMPL...    8/31/2009

Go To: Employee Home
Payroll Home